Dismissed and Memorandum Opinion filed May 22, 2008








Dismissed
and Memorandum Opinion filed May 22, 2008.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-01089-CV

____________

 

DEBORAH GIBSON, Appellant

 

V.

 

CONNIE GAIL WELCH, Appellee

 



 

On Appeal from
County Court at Law No. 3 and Probate Court

Brazoria County,
Texas

Trial Court Cause
No. PR-028546

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed September 28, 2007.  On May 8, 2008, appellant
filed a motion to dismiss the appeal because the case has settled.   See
Tex. R. App. P. 42.1.  The motion
is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed May 22,
2008.

Panel consists of Justices Frost, Seymore, and Guzman.